[No. 1444-1.   Division One—Panel 2.   December 4, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY ANDERSON et al., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 4824, Phillip G. Sheridan, J., entered January 28, 1972. *Affirmed* by unpublished opinion per Farris, A.C.J., concurred in by James and Swanson, JJ.

[No. 477-3.   Division Three.   December 4, 1972.]

HOUSE LAUNDRY AND DRY CLEANING, INC., *Appellant*, v. CITY OF GRAND COULEE et al., *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 19438, Felix Rea, J., entered July 16, 1971. *Reversed* by unpublished per curiam opinion.

[No. 1359-1.   Division One—Panel 1.   December 11, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. NORMAN J. ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 4878, Thomas R. Stiger, J., entered December 17, 1971. *Affirmed* by unpublished opinion per Williams, J., concurred in by Horowitz, C.J., and Callow, J.

[No. 1448-1.   Division One—Panel 1.   December 11, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE RICHARD McCLELLAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 42083, Story Birdseye, J., entered January 31, 1972. *Affirmed* by unpublished opinion per Horowitz, C.J., concurred in by Williams and Callow, JJ.